SEE Executors and Administrators.

## ALIEN ENEMY.

SEE Abatement No. 5.

## APPEAL.

### No. 1.

PAGE *against* BARNEY ET AL. *Rutland*, 1816.

AN appeal or review may be had from a judgment rendered on a bond given by a deputy Jailer to the Sheriff or Jailer.

### No. 2.

GROSVENOR *against* GRANT. *Franklin*, 1816.

THE Supreme Court will not dismiss an appeal, on the ground that the County Court ordered a *finaliter* made against the party appealing to be erased from the docket.—See Abatement, No. 7.

## ARBITRATION.

SEE Evidence, 15. Ex. & Ad. 8.

## ARBITRATION NOTES.

SEE Award No. 2.

NOTE.—Since the decision alluded to, in the case of Bellows vs. Barnard, the Supreme Court have decided in the case of Bagley vs. Wiswall, Addison 1819, that arbitration notes are valid.